UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                        CASE NO. 14 B 29023
                                 CHAPTER 13

Jose C Vazquez
Tomasa Vazquez                  JUDGE JACQUELINE P COX

       DEBTORS               **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NATIONSTAR MORTGAGE

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 12 | XXXXXX3536 | $697.63 | $697.63 | $697.63 |
| Total Amount Paid by Trustee | | | | | $697.63 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-29023-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 19th day of March, 2019.

Debtor:
Jose C Vazquez
Tomasa Vazquez
2539 S Avers Ave
Chicago, IL 60623

Attorney:
MICHELOTTI & ASSOCIATES LTD
2625 BUTTERFIELD RD #138S
OAKBROOK, IL 60523
via Clerk's ECF noticing procedures

Creditor:
NATIONSTAR MORTGAGE
PO BOX 619094
DALLAS, TX 75261-9741

Creditor:
NATIONSTAR MORTGAGE
PO BOX 619096
DALLAS, TX 75261-9741

Mortgage Creditor:
WELLS FARGO BANK
% PIERCE & ASSOC
1 N DEARBORN #1300
CHICAGO, IL 60602

Mortgage Creditor:
ANSELMO LINDBERG OLIVER
1771 W DIEHL RD #120
NAPERVILLE, IL 60563

ELECTRONIC SERVICE - United States Trustee

Date:  March 19, 2019

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603